**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

-vs-                                                Case No.  6:01-cr-58-Orl-28DAB

**DAVID WILLIAMS**

_____

## ORDER

The United States Magistrate Judge has submitted a report and recommendation that, pursuant to the limited remand, the Eleventh Circuit be advised that Mr. Williams has failed to show that he desires to dismiss his appeal and is competent to do so (Doc. No. 254, filed August 23, 2005). The Magistrate also recommends that Mr. Williams be brought back before the Court to see if, upon reflection, he wishes to be cooperative with the necessary inquiries regarding his stated wish to dismiss his appeal.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court adopts the Report and Recommendation and schedules this matter pursuant to the Eleventh Circuit remand for 10:30 a.m. on Thursday, September 22, 2005 before the undersigned Judge.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___21st___ day of September, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
U.S. Marshal
U.S. Attorney
Counsel of Record
David Williams