**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:01-cr-58-Orl-28DAB

**DAVID WILLIAMS**

---

**ORDER**

Counsel for Defendant, David Williams, has filed a pleading (Doc. 258) which seeks an opportunity to file affidavits and exhibits in support of Defendant's position that he is voluntarily, knowingly and intelligently requesting dismissal of his appeal. In accordance with the limited remand instructions, Defendant has been given two opportunities[1] to demonstrate his competence to voluntarily dismiss the appeal and discharge counsel.

Both Magistrate Judge Baker and Judge Antoon have concluded, after personal observations, that there is no basis to conclude that Mr. Williams has effectively invoked his right of self representation. The Court has no reason to believe that an impersonal third bite at the apple will produce a different result. Accordingly, it is

**ORDERED** that Defendant's request is DENIED. The Clerk is directed to promptly return the record on appeal to the Circuit Court, as supplemented by the record of proceedings on remand.

---

[1] A hearing before Magistrate Judge Baker on August 18, 2005 resulted in his Report and Recommendation dated August 23, 2005 (Doc. 254), and a hearing before Judge Antoon on September 22, 2005 resulting in his Order dated September 26, 2005 (Doc. 255).

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 6, 2005.

                                                                                              _____
                                                                                              GREGORY A. PRESNELL
                                                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
David Williams