**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                          Case No. 6:01-cr-58-Orl-35DAB

**DAVID WILLIAMS**

## ORDER

This matter comes before the Court on its own initiative. By way of background, the United States Probation Office submitted its Amended Supplemental Report Regarding Retroactive Crack Cocaine Amendment Eligibility Assessment on April 13, 2009. The Government subsequently moved to withdraw its Response to the Court's Order Regarding Retroactive Application of Revised Cocain Base Sentencing Guidelines. (Dkt. 300) On May 14, 2009, the Court granted the Government's Motion and instructed Defendant Williams and the Government to each file a response to the Probation Office's Amended Supplemental Report within 30 days. (Dkt. 301) More than 30 days have elapsed since the Court entered the Order. Accordingly, the Court hereby adopts the Probation Office's determination that Defendant is not eligible for a reduction in his sentence pursuant to the

provisions of Amendment 706 and U.S.S.G. 1B1.10.


**DONE** and **ORDERED** in Orlando, Florida, this 21st  day of January 2010.

Copies furnished to:
United States Attorney
United States Marshall
United States Probation Office
United States Pretrial Services Office
Defendant, *pro se*

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE